**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**AMY E. HARRIS**                                                                                       **PLAINTIFF**

**v.**                                                               **CIVIL ACTION NO.: 1:23-cv-63-GHD-DAS**

**UNITED STATES DEPARTMENT OF AGRICULTURE,
ON BEHALF OF RURAL HOUSING SERVICES,
FORMERLY FARMERS HOME ADMINISTRATION;
N. CHAD BORDEN, SUBSTITUTE TRUSTEE;
KIRSTEN FITZGERALD; AND JOHN DOES 1 through 5**         **DEFENDANTS**

## ORDER GRANTING STAY OF THE CASE

THIS CAUSE having come on for hearing on the *ore tenus* Motion to Stay by the United States of America pursuant to L. U. Civ. R. 16(b)(3)(C) following the filing of its Motion to Dismiss [ECF No. 11] and Memorandum Brief [ECF No. 12] asserting jurisdictional defenses, and this Court, having considered the same and being fully advised in the premises, is of the opinion that said Motion to Stay is well taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter is stayed pending a ruling on the jurisdictional defenses asserted in the Motion to Dismiss.

SO ORDERED AND ADJUDGED, this the 27th day of June 2023.

                                                  /s/ David A. Sanders
                                                U.S. MAGISTRATE JUDGE