IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AMY E. HARRIS                                                                           PLAINTIFF

V.                                                                                      NO: 1:23CV63-GHD-DAS

UNITED STATES DEPARTMENT OF
AGRICULTURE, ON BEHALF OF
RURAL HOUSING SERVICES,
FORMERLY FARMERS HOME
ADMINISTRATION; N. CHAD
BORDEN, SUBSTITUTE TRUSTEE;
KIRSTEN FITZGERALD; AND JOHN
DOES 1-5                                                            DEFENDANTS

## ORDER OF DISMISSAL AND CLOSING CASE

Presently before the Court is Plaintiff's Motion to Dismiss Non-Government Defendants and Claims [23]. Plaintiff requests that this Court dismiss her claims against N. Chad Borden, Kirsten Fitzgerald, and John Does 1-5, without prejudice, following the Court's previous Order [22] granting the United States' Motion to Dismiss. Plaintiff Harris states that the claims against these Defendants are due to be dismissed. The Court finds the motion to be well taken and that the claims against the remaining Defendants shall be dismissed.

Therefore, the Plaintiff's Motion to Dismiss [23] is GRANTED and the remaining claims against Defendants N. Chad Borden, Kirsten Fitzgerald, and John Does 1-5 are DISMISSED. As no claims remain against any Defendant in this action, this case is CLOSED.

SO ORDERED AND ADJUDGED, this the 30th day of November, 2023.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE